VERA CHAMBERS, Appellee, v. ADAMS EXPRESS COMPANY, Appellant.

Intoxicating liquors: C. O. D. SALES: LIABILITY OF EXPRESS COM-
PANY. The transportation and delivery of a C. O. D. package
of liquor by an express company does not render the com-
pany liable for damages resulting from the use thereof.

*Appeal from Fremont District Court.*— HON. W. R.
GREEN, Judge.

WEDNESDAY, APRIL 12, 1905.

*C. J. Green* and *William Eaton,* for appellant.

*W. E. Mitchell,* for appellee.

PER CURIAM.— Plaintiff seeks to recover damages
from the defendant because of alleged unlawful sale of in-
toxicating liquors to her husband. The proof offered to
establish the alleged sales tended to show that the defend-
ant was a common carrier, and as such transported the
liquors in question from dealers in the State of Nebraska,
and delivered the same to plaintiff's husband in this State
upon payment by him of the bill of charges, accompanying
the shipment. In other words, the transactions were what
is commonly known as " C. O. D." sales of intoxicants
by nonresident dealers to resident purchasers, and carried
into effect through the agency of the common carrier. Un-
der the holding of the Supreme Court of the United States
in the recent case of *Adams Express Company v. Iowa,* 25
Sup. Ct. 185, 49 L. Ed.—, the State is powerless to protect
itself or enforce its statutes against traffic of this nature.

The judgment of the district court is therefore *reversed.*